IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MICHAEL MUEHE<br><br>Plaintiff<br><br>v.<br><br>LUQUILLO HOTEL COMPANY, LLC<br><br>Defendant | Civil No. 25-cv-01542 (___) |

## NOTICE OF REMOVAL

Defendant Luquillo Hotel Company, LLC ("Luquillo Hotel"), specially appearing and without waiving any defense, gives notice of the removal of the action pending in the Commonwealth of Puerto Rico, Court of First Instance, Fajardo Part, entitled <u>Michael Muehe v. Luquillo Hotel Company, LLC</u>, Civil No. FA2025CV00714 (the "State Court Action"), on the following grounds.

1.    On July 17, 2025, plaintiff filed a *Complaint* in the State Court Action seeking injunctive relief and attorneys' fees under the Americans with Disabilities Act ("ADA"), 42 USC § 12181 et seq. *See,* **Exhibits 1-2**, *Complaint and Summons issued.*[1]

2.    On September 15, 2025, plaintiff filed an *Informative Motion Certifying Service of Process*. *See*, **Exhibit 8**, *Informative Motion Certifying Service of Process and Summons*.

3.    Today, and within the 30 days provided under 28 USC § 1446(b)(1), Luquillo Hotel submits this *Notice of Removal* based on federal question jurisdiction.

---

[1] Luquillo Hotel asserts that the *Complaint*, as well as the Informative *Motion Certifying Service of Process* and the *Summons,* were originally filed in English. However, Luquillo Hotel now moves for leave to file in Spanish all other documents filed or issued in the State Court Action (**Exhibits 3-7 and 9**), pending the preparation of certified English translations, and also seeks an extension of time of 30 days to complete and submit those translations.

4. This case is removable to this Court under federal question jurisdiction pursuant to 28 USC §§ 1331 and 1441 because plaintiff's sole cause of action arises under federal law.

5. As stated throughout the *Complaint*, plaintiff seeks relief exclusively under Title III of the ADA, 42 USC §§ 12182(b)(2)(A)(ii), (iv), and implementing regulations (28 CFR 36.302(e)(1)(iii)-(iv)), for alleged architectural and policy barriers at Fairfield by Marriott Luquillo Beach. *See*, **Exhibit 1**, ¶¶ 1-5.[2]

6. The *Complaint* generally alleges that Luquillo Hotel has engaged in a pattern of conduct violating Title III of the ADA by failing to provide equal access and accommodations to individuals with disabilities at the Fairfield by Marriott Luquillo Beach. Plaintiff claims that the hotel's facilities and policies do not comply with federal accessibility requirements and that, as a result, he encountered barriers and was denied the full and equal enjoyment of the premises. **Exhibit 1**, ¶¶ 19, 34-40.

7. Based on these allegations, the *Complaint* seeks permanent injunctive relief under the ADA, requesting that the Court order Luquillo Hotel to remedy accessibility barriers, adopt compliant policies and practices, and provide accurate accessibility information. Plaintiff also requests attorneys' fees, costs and litigation expenses, as well as the reimbursement of hotel fees. *See*, **Exhibit 1**, Prayer for Relief ¶¶ 1-5.

8. Because the action asserts a federal question on its face, removal is proper under 28 USC § 1331 and 1441(a).

**WHEREFORE**, **Luquillo Hotel Company, LLC** respectfully gives notice of the removal of this action to this Honorable Court, and requests that this case proceed as an action properly removed pursuant to 28 USC §§ 1331, 1441 and 1446.

---

[2] References made to the allegations of the complaint are solely for the purpose of establishing the subject matter original jurisdiction of this court. Luquillo Hotel reserves all its defenses in relation to the allegations.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on October 9, 2025.

**I HEREBY CERTIFIED** that a copy of this filing was sent to plaintiff's counsel, José C. Vélez Colón, Vélez Law Group LLC, Civil Rights Division, 1449 S. Michigan Ave., STE 13234, Chicago, IL 60605, **vlg@velezlawgroup.com**, by electronic mail and by filing a copy with the Clerk of the Court of First Instance, Fajardo Part, as required by 28 USC § 1446(d).

        **MARINI PIETRANTONI MUÑIZ LLC**
        250 Ponce de León Ave., Suite 900
        San Juan, PR 00918
        Tel:  (787) 705-2174
        Fax : (787) 936-7494

        *S/ Manuel A. Pietrantoni*
        Manuel A. Pietrantoni
        USDC-PR No. 219805
        mpietrantoni@mpmlawpr.com

        *S/ Karena Montes Berríos*
        Karena Montes Berríos
        USDC-PR No. 301404
        kmontes@mpmlawpr.com