# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MICHAEL MUEHE**<br><br>Plaintiff<br><br>v.<br><br>**LUQUILLO HOTEL COMPANY, LLC**<br><br>Defendant | **CIVIL NO.**<br>**3:25-cv-01542-SCC-MEL** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff Michael Muehe and Defendant Luquillo Hotel Company, LLC, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of this action as follows:

1. May All claims asserted by Plaintiff against Defendant in the above-captioned action are hereby dismissed with prejudice.

2. This dismissal is without special imposition of costs, expenses, interests, or attorney's fees, with each party to bear its own costs and fees.

**WHEREFORE**, the parties respectfully request that this Court enter an Order dismissing this action with prejudice in accordance with this Joint Stipulation.

**WE HEREBY CERTIFY** that on this date, we have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

**Dated:** December 26, 2025.

**VELEZ LAW GROUP LLC**
*Civil Rights Division*

s/José Carlos Vélez Colón
José C. Vélez Colón
USDC-PR 231014

4204 Six Forks Rd, Apt 1209
Raleigh, NC 27609-6427

Email.:     vlg@velezlawgroup.com
Tel.:       (787)-422-1881

*ATTORNEY FOR PLAINTIFF*

**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave., Suite 900
San Juan, PR 00918
Tel: (787) 705-2174
Fax : (787) 936-7494

S/ Manuel A. Pietrantoni
Manuel A. Pietrantoni
USDC-PR No. 219805
mpietrantoni@mpmlawpr.com

S/ Karena Montes Berrios
Karena Montes Berrios
USDC-PR No. 301401
kmontes@mpmlawpr.com

**Attorneys for Luquillo Hotel Company, LLC**

2